In the United States District Court
Eastern Division of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | CASE NO.: 4:18-CR-00053-KGB |
| | ) | |
| | ) | |
| Clifton Thomas | ) | |

<u>Motion for Release from Custody</u>

The Defendant, Clifton Thomas, by and through his counsel, John W. Walker, P.A., states in support of his Motion for Release from Custody:

On February 22, 2018, Mr. Thomas appeared for plea and arraignment and entered a plea of not guilty to conspiracy and distribution of controlled-substances -charges. At that time, he reserved his right to request a hearing to determine whether he will be released or detained pending trial.

Mr. Thomas now requests the Court schedule this hearing and thereafter release him on conditions pending trial.

WHEREFORE, Mr. Thomas asks the Court to schedule a hearing to determine his release pending trial, and for any other relief the Court finds appropriate.

Respectfully submitted,

Lawrence A. Walker AB# 12042
John W. Walker, P.A.
1723 Broadway Street
Little Rock, AR 72206
501-374-3758
501-374-4187 fax
lwalker@jwwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6th, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Anne Gardner
U.S. Attorney's Office
Eastern District of
Arkansas
Little Rock, AR 72203

Lawrence A. Walker